IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV115

| | | |
|---|---|---|
| JAMES A. MCCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHIEF OF CHARLOTTE-MECKLENBURG | ) | |
| POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court upon its own motion. On May 31, 2005, a notice was sent to the plaintiff in this case informing him that he is required to file proof of service of process within twenty days. The plaintiff failed to respond. Accordingly,

IT IS THEREFORE ORDERED that this matter is hereby dismissed without prejudice for failure to prosecute.

**Signed: August 9, 2005**

Graham C. Mullen
Chief United States District Judge